# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

DELWIN BERRY,     *

       Plaintiff,     *     CIVIL ACTION NO.: 5:16-cv-72

v.     *

STATE,     *

       Defendant.     *

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 8), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Accordingly, the Court **DISMISSES** Plaintiff's Complaint, without prejudice, based on his failure to follow the Court's Orders and failure to prosecute. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 24 day of October, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)